R. DE WITT MANN, RESPONDENT, *v.* WILLIAM D. MILNE,
APPELLANT.

So much of the order appealed from as gives defendant leave to amend his answer affirmed ; and so much as strikes out the second and third counts of the answer, with costs, reversed, with leave to

plaintiff to demur to said counts; no costs of this appeal to either party. *Held*, that the remedy of the plaintiff, the counts being hypothetical, is by demurrer, and not by motion to strike out. (*McCormick* v. *Pickering*, 4 Comst., 276; *Conger* v. *Johnston*, 2 Den., 96; Code of Civ. Pro., §§ 494, 783.)